UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODARTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME SAVINGS MORTGAGE;<br>COUNTRYWIDE HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC<br>REGISTRATIONS, INC.; and DOES 1-<br>100, inclusive,<br><br>　　　　　　Defendants. | CV 09-2503 SVW (AJWx)<br><br>JUDGMENT IN FAVOR OF DEFENDANT<br>COUNTRYWIDE HOME LOANS, INC. |

　　Pursuant to the Court's Order granting Defendant Countrywide Home Loans, Inc.'s ("Countrywide") Motion to Dismiss Plaintiff's First Amended Complaint with prejudice, dated and entered on September 1, 2009,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Jose Antonio Rodarte ("Plaintiff") shall take nothing against Countrywide, all of Plaintiff's causes of action against Countrywide are dismissed with prejudice, and judgment shall be entered in favor of Countrywide Home Loans, Inc.  Countrywide is entitled to recover its costs from Plaintiff pursuant to Federal Rule of Civil Procedure 54(d) and Local

1  Rules 54-1 and 54-2.2.  If Countrywide contends that it is entitled to
2  recover attorneys' fees pursuant to the loan agreements between the
3  parties, it may submit a motion for award of attorneys' fees along with
4  evidence to substantiate such contention, which Plaintiff will have the
5  opportunity to oppose.

         IT IS SO ORDERED.

DATED:    October 19, 2009                _____
                                                STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE

2